HICKSON F. HART, Respondent, v. FREDERICK W. BRUNSWICK and Another, as Executors, etc., of ANTOINETTE R. WEINBERG, Deceased, Appellants.— Judgment modified by deducting therefrom the sum of $412.38, and as so modified affirmed, without costs. There is no proof of damages under the items for taxi

hire, " cord casing," or depreciation. The court was in error in adding interest. Interest in this case was a question for the jury. (*Wilson* v. *City of Troy*, 135 N. Y. 96; *Regan* v. *City of New York*, 175 App. Div. 861.)   Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ., concur.